**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** **CR05-14-01T** **DATE**: August 31, 2005
**TITLE OF CASE:** USA v. Matthew Guglielmetti

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Cristina Leyva**
**COURT REPORTER:** **Joseph Fontes**
**COURT INTERPRETER:** **N/A**
**PROBATION:** **Kathy Conlon**

---

**COUNSEL PRESENT**

Government: Kenneth P. Madden, AUSA

Defendant: John F. Cicilline, Esq.

---

**PROCEEDINGS:** **Sentencing**

All counsel of record present. Defendant present. Court addresses. No objection to the Presentence Investigation Report. Court finds that probation has accurately calculated the net offense level and criminal history category. Defense argues its sentencing recommendations. Government responds and argues its sentencing recommendations. Court addresses. Court sentences defendant to 136 months incarceration as to both counts, to be served concurrently. Defendant to be on supervised release for a term of 5 years as to both counts, to be served concurrently. $100.00 special assessment on each count ($200.00 total). Court does not impose a fine as it finds that the defendant will have no ability to pay. Court recommends to the Bureau of Prisons that the defendant be placed in a facility located in close proximity to Rhode Island.